United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>CRUZ-ARTIAGA,<br><br>    Defendant. | No. C 09-00599 CRB<br><br>**ORDER TO SHOW CAUSE** |

On July 30, 2012 the Court granted the parties' proposed order, allowing Defendant Carlos Cruz-Artiaga until August 27, 2012 to file his response to the government's opposition. See dkt. 27. The parties' stipulation had stated that "Counsel needs additional time to hear from the Defendant to determine how the Defendant would like to proceed." Id. at 1. It is nearly one month past August 27, 2012 and Defendant has not filed anything with the Court. Accordingly, Defendant is ORDERED to show cause by Friday, October 5, 2012 why this case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: September 24, 2012            CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\599\osc.wpd