1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES,                          No. C 09-00599 CRB
12              Plaintiff,                    **ORDER DISMISSING CASE**
13      v.
14   CRUZ-ARTIAGA,
15              Defendant.
                                        _____/
16
17          Defendant Carlos Cruz-Artiaga has filed a response to this Court's September 24,

18   2012 Order to Show Cause (dkt. 28), stating that "[t]he defense concurs with the

19   government's legal analysis [and] has no objection to its request for dismissal."  See dkt. 29.

20   Accordingly, the Court DISMISSES Plaintiff's petition under § 2255, with prejudice.

21          **IT IS SO ORDERED.**

22                                          _____

23   Dated: October 9, 2012                 CHARLES  R. BREYER
                                            UNITED STATES DISTRICT JUDGE
24
25
26
27
28